Submitted November 8, 1971. *S. Sanford Kantz,* and *Levine and Kantz,* for appellant; *James A. Caldwell,* Assistant District Attorney, and *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sarasnick, Appellant.

Argued November 9, 1971. *Sanford S. Finder,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Sarasnick, Appellant.

Argued November 9, 1971. *Sanford S. Finder,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.